***E-FILED 11/8/06***

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 06-00332 RMW |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] PRELIMINARY ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| KEVIN SMITH, ) | |
|     a/k/a mrsmithers, ) | |
|     a/k/a primer, ) | |
|     a/k/a kjs41083, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement filed on June 5, 2006, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that defendant Kevin Smith shall forfeit to the United States all of his right, title and interest in the following property pursuant to Title 17, United States Code, Sections 506(b) and 509(a):

A. EXTERNAL WESTERN DIGITAL HARD DRIVE S/N WMAET1236159

B. SEAGATE HARD DRIVE S/N 5JRJB77R

C. THUMBDRIVE

D. NUMEROUS CD's, DVD's, AND FLOPPY DISKS

E. MICROSOFT KEYBOARD MODEL KB-0045

F. LOGITECH MOUSE S/N LNA44400613

|   |   |
|---|---|
| 1 | G. LIAN LI CPU MODEL PC-61 MOTHERBOARD |
| 2 | H. HEWLETT PACKARD OFFICE JET K-60 PRINTER/FAX S/N MY0AMC40T6 |
| 3 | I. REMOTE |
| 4 | K. MAXTOR HARD DRIVE S/N 662218310047 |
| 5 | L. DELL CPU S/N 35H8R11 |
| 6 | P. LEXMARK PRINTER S/N 07201292712 |
| 7 | M. DELL KEYBOARD, MOUSE, SPEAKERS, AND WIRING FOR DELL COMPUTER |
| 8 |  |
| 9 | N. SAMSUNG MONITOR S/N AQ19HCCT522053N |
| 10 | O. BLUE CD BINDER CONTAINING CD'S AND DVD'S |
| 11 | P. EXTERNAL WESTERN DIGITAL HARD DRIVE S/N WMA8E8252104 |
| 12 | Q. CONNER HARD DRIVE S/N 2600032732 |
| 13 | R. 250MB ZIP DRIVE S/N 6JEM50CE8R |
| 14 | S. IBM HARD DRIVE S/N A4CEZ2XA |
| 15 | T. IBM HARD DRIVE S/N A4CEY52A |
| 16 | U. VIDEO CAPTURE CARDS, EQUIPMENT, SPLITTER, AND CABLES |
| 17 | V. ANTEC CPU S/N 1687040496 |
| 18 | W. SAMSUNG MONITOR S/N AQ19HCCT114262X |
| 19 | X. BLACK NYLON BINDER CONTAINING CD'S AND DVD'S |
| 20 | Y. BLACK LEATHER BINDER CONTAINING CD'S AND DVD'S |
| 21 | Z. X-BOX GAME CONSOLE |
| 22 | AA. FOUR X-BOX GAME CONTROLLERS |
| 23 | BB. SYMPHONIC BRAND VCR S/N U19852795 |
| 24 | CC. MISCELLANEOUS CORDS AND CABLES |
| 25 | DD. MOTOROLA SURF BOARD S/N 118003317616228102020000 |
| 26 | EE. DSL PLAYER, LINKSYS S/N C2210C706671 |
| 27 | FF. MICROSOFT MODEM |
| 28 | GG. RADIO SHACK SELECTOR |

1  HH.    IBM HARD DRIVE S/N A4CB70PA

2  II.    NON DESCRIPT COMPUTER TOWER

3  JJ.    MICROPRO CPU S/N 400-021271

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, the United States shall conduct any discovery necessary to identify, locate and dispose of all property subject to forfeiture and all claims to said property;

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this 8th day of November 2006.

/s/ Ronald M. Whyte

RONALD M. WHYTE
United States District Judge